

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2024

No. 04-24-00172-CV

**IN RE** Brittney **DIRKSEN-MAYHEW**

Original Mandamus Proceeding[1]

**ORDER**

On March 11, 2024, relator filed a petition for writ of habeas corpus. Neither the real party in interest nor the respondent filed a response. We CONDITIONALLY GRANT the petition for writ of mandamus and ORDER the Honorable Lisa K. Jarrett to, within 15 days of this order: (1) vacate the January 29, 2024 Temporary Orders; and (2) sign an order granting relator's December 11, 2023 petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(c). We are confident the trial court will promptly comply; our writ will issue only if we are notified that it does not.

It is so **ORDERED** on June 20, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023-CI-26045, styled *Ex parte N.G.D., a Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Lisa K. Jarrett, Visiting Judge, presiding.